**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| KOMARU RAMONI<br>21800 BALL AVENUE<br>EUCLID, OH 44123, | CASE NO.    1:21-CV-2072<br><br>JUDGE |
| PLAINTIFF,<br><br>VS. | **NOTICE OF REMOVAL** |
| CUYAHOGA METROPOLITAN<br>HOUSING AUTHORITY<br>8120 KINSMAN ROAD<br>CLEVELAND, OH 44104 | |
| DEFENDANT. | |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Cuyahoga Metropolitan Housing Authority ("CMHA") by and through the undersigned counsel, and with its consent, hereby removes to United States District Court the civil action presently pending in the Court of Common Pleas of Cuyahoga County, Ohio, identified as Komaru Ramoni v. Cuyahoga Metropolitan Housing Authority, Case No.: CV-21-953605, without waiving any rights to which Defendant may be entitled.

As grounds for this removal, Defendant states as follows:

1.      The Complaint in the above action was filed in the Court of Common Pleas of Cuyahoga County, Ohio, on September 28, 2021.  Defendant was served with the Summons and Complaint on October 6, 2021.

2.      In accordance with 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached hereto as Exhibit A.  Specifically, Exhibit A consists of a copy of the Complaint, along with a copy of the summons that was served upon CMHA.

3.      This Notice of Removal was timely filed within the thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief" in accordance with 28 U.S.C. § 1446(b).

4.      Removal of this action is proper under 28 U.S.C. §§ 1331, 1367, and 1441(a) in that Plaintiff has alleged federal law claims arising under the federal Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 et seq. Thus, this Court has original jurisdiction over the federal law claims under 28 U.S.C. § 1331. Furthermore, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the state law claim in the Complaint because it is so related to the federal claim that they form part of the same case or controversy.

5.      Venue is properly placed in the United States District Court for the Northern District of Ohio, Eastern Division, because it is the district court for the district and division within which the state action is pending (the Court of Common Pleas of Cuyahoga County, Ohio) in accordance with 28 U.S.C. § 1446(a).  Moreover, venue is proper under 28 U.S.C. § 1391 because the cause of action arose in the Northern District of Ohio.

6.      In accordance with 28 U.S.C. § 1446(d), the undersigned counsel hereby certifies that, concurrent with the electronic filing of this Notice of Removal, Defendant has served a true and correct copy of this Notice of Removal upon Plaintiff through his counsel, Jeffrey Shurmer, jeffshurmer@gmail.com, via e-mail.

7.      Moreover, in accordance with 28 U.S.C. § 1446(d), Defendant has filed a copy of this Notice of Removal with the Clerk of the Court of Common Pleas of Cuyahoga County.  A

true and correct copy of the Defendant's Notice to State Court of Filing Notice of Removal, which is being filed contemporaneously in the Court of Common Pleas for Cuyahoga County, is attached hereto as Exhibit B.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Cuyahoga Metropolitan Housing Authority respectfully removes this civil action from the Court of Common Pleas of Cuyahoga County to the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,


*/s/ Aretta K. Bernard*
Aretta K. Bernard (0039116)
abernard@ralaw.com
Stephanie Y. Olivera Mittica (0095651)
smittica@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577

ATTORNEYS FOR DEFENDANT
CUYAHOGA METROPOLITAN HOUSING
AUTHORITY

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2021, a true and correct copy of the foregoing Notice of Removal was served via e-mail upon the following counsel of record for the Plaintiff:

Jeffrey Shurmer
P.O. Box 1124
Amherst, OH 44001
330.951.9289
jeffshurmer@gmail.com

>                                         */s/ Aretta K. Bernard*
>                                         Aretta K. Bernard

4

17343291 _1 017442.0122